# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: '08 MJ 1795

The person charged as __HERRERA-Sanchez, Gerardo Ibarra__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _____ District of __Nevada (Las Vegas)__ on __03/25/08__ with: __Title 18 USC 3583__ in violation of:

**Violation of conditions of supervised release/probation.**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __06/09/08__

__Van Bayless__
CI - Deputy United States Marshal

Reviewed and Approved

DATE:

_____
Assistant United States Attorney  6/9/08

Fid # 423733

RECEIVED
UNITED STATES MARSHAL
DISTRICT OF NEVADA

AO 42 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

2008 MAR 27 A 9: 41

District of Nevada

UNITED STATES OF AMERICA
v.

**Gerardo Herrera-Sanchez**

**WARRANT FOR ARREST**

Case Number: 2:99CR00403-1

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Gerardo Herrera-Sanchez
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice

Charging him or her with (brief description of offense)

Violation of conditions of supervised release/probation

in violation of Title _____ United States Code, Section(s) _____

LANCE S. WILSON
CLERK

*Lance S. Wilson* (signature)
(By) DEPUTY CLERK

March 25, 2008                    Las Vegas, Nevada
DATE

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |



# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. Mar. 2007

RECEIVED
UNITED STATES MARSHAL
DISTRICT OF NEVADA

2008 MAR 27  A 9:41

**United States District Court**

for

the District of Nevada

## PETITION FOR WARRANT - SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** GERARDO HERRERA-SANCHEZ

**Case Number:** CR-S-99-403-KJD(LRL)

**Name of Sentencing Judicial Officer:** Honorable Kent J. Dawson

**Date of Original Sentence:** October 25, 2002

**Original Offense:** Possession With Intent to Distribute a Controlled Substance

**Original Sentence:** 57 Months Custody of the Bureau of Prisons; followed by 4 Years Supervised Release

**Date Supervision Commenced:** January 19, 2005

**Date Jurisdiction Transferred to District of Nevada:** N/A

## PETITIONING THE COURT

✓ To issue a warrant

___ To issue a summons

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **The defendant shall not commit another federal state or local crime.**

    On February 9, 2008, Gerardo was arrested by the Las Vegas Metropolitan Police Department for Battery on a Police Officer. On February 14, 2008, a Criminal Compliant was filed charging Gerardo with Possession or Sale of Document or Personal Identifying Information to Establish False Status or Identity, Escape, Assault on an Officer, and two counts of Battery on an Officer. Gerardo was released on bond and is scheduled for a felony arraignment on March 11, 2008.

2. **Deportation Compliance - If deported, you shall not reenter the United States without legal authorization.**

    On January 19, 2005, Gerardo was released from the Bureau of Prisons to an Immigration and Customs Enforcement (ICE) detainer and subsequently deported to Mexico.

Prob12C
D/NV Form
Rev. Mar. 2007

## RE: GERARDO HERRERA-SANCHEZ

On February 9, 2008, Gerardo was arrested by the Las Vegas Metropolitan Police Department for Battery on a Police Officer. The offender did not have legal authorization to reenter the United States.

**U. S. Probation Officer Recommendation:**

The term of supervision should be:

✓ Revoked

___ Extended for ____ months, for a total term of ____ months

___ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the information contained herein is true and correct.

Executed on _____ March 10, 2008 _____

STEVE M. GOLDNER
United States Probation Officer Assistant

APPROVED: /s/ mps

---

**THE COURT ORDERS:**

_____ No action

__X__ The issuance of a warrant

_____ The issuance of a summons

_____ Other

Signature of Judicial Officer

3/25/08
Date

Prob12C
D/NV Form
Rev. Mar. 2007

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. GERARDO HERRERA-SANCHEZ, CR-S-99-403-KJD(LRL)

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT-SUMMONS
### March 10, 2008

On January 19, 2005, Gerardo was released from the Bureau of Prisons to an Immigration and Customs Enforcement (ICE) detainer and subsequently deported to Mexico.

On February 9, 2008, Gerardo was arrested by the Las Vegas Metropolitan Police Department for Battery on a Police Officer. On February 14, 2008, a Criminal Compliant was filed charging Gerardo with Possession or Sale of Document or Personal Identifying Information to Establish False Status or Identity, Escape, Assault on an Officer, and two counts of Battery on an Officer. Gerardo was released on bond and is scheduled for a felony arraignment on March 11, 2008.

It is respectfully recommended that a warrant be issued for the offender's arrest and that he remain in custody pending the revocation hearing.

Respectfully submitted,

STEVE M. GOLDNER
United States Probation Officer Assistant

APPROVED: /s/ mps