# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.    HERRERA-SANCHEZ    [1]    08MJ1795

    []                              []

The Honorable:    RUBEN B. BROOKS

Atty    DONALD NUNN                        for    [1]    -    CJA

Atty                                       for    []     -

Atty                                       for    []     -

AUSA: MICHAEL WHEAT
TAPE NO. RBB08-1:935-937

DEFT WAIVES ID/REMOVAL HEARING. WAIVER OF ID/REMOVAL FILED. WARRANT OF REMOVAL SUBMITTED. DEFT ORDERED REMOVED FORTHWITH TO DISTRICT OF NEVADA.

Date:  06/24/08

END OF FORM                              by    VTL