# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

2008 JUN 30 P 2: 29

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY _____ DEPUTY

June 26, 2008

Clerk, U.S. District Court
Las Vegas - Nevada
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

**FILED**
JUL 0 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Re:    08mj1795-RBB, USA v Herrera-Sanchez

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| __x__ | Docket Sheet | __x__ | Warrant of Removal |
| __x__ | Complaint | _____ | Order of Removal |
| _____ | Minute Order Appointing Counsel | __x__ | Detention Order |
| _____ | Corporate Surety Bond | __x__ | Waiver of Removal |
| _____ | Personal Surety Bond | | |
| _____ | Other _____ | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____s/J. Hinkle_____
Deputy Clerk